Hand-Delivered

FILED
CHARLOTTE, NC

APR 10 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Demetirus Ray Surratt
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Walmart Inc.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:25-CV-107-MR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Demetirus Ray Surratt
Street Address: 901 Glendale St.
City and County: Shelby, Cleveland
State and Zip Code: North Carolina, 28150
Telephone Number: 828-205-1075
E-mail Address: dJ.ds298@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Wal-Mart Inc.
- Job or Title (if known):
- Street Address: 702 SW 8th St.
- City and County: Bentonville, Benton County
- State and Zip Code: Arkansas, 72716-6209
- Telephone Number: 1-479-273-4000
- E-mail Address (if known): Corporate.walmart.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

    Name    Walmart Distribution Center #6070
    Street Address    200 Walmart Dr.
    City and County    Shelby, Cleveland
    State and Zip Code    North Carolina, 28150
    Telephone Number    704-487-2500

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[✓] Relevant state law *(specify, if known)*:
NC Retaliation Employment Discrimination Act (REDA)

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Harrassment

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) From October 2020 to November 2024

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☑ race
- ☐ color
- ☑ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ (only when asserting a claim of age discrimination.)
- ☑ disability or perceived disability *(specify disability)*

Injury to shoulder resulting from harrassment

E. The facts of my case are as follows. Attach additional pages if needed.

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

January 21, 2025

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 1/31/2025.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/10/2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Demetirus Ray Surratt

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

The facts of my case are as follows.

I faced discrimination and retaliatory acts at Walmart Distribution Center #6070 in Shelby, North Carolina. From late 2020 to August 2024, I was employed by Walmart during my employment there I dealt with repeated harassment from members of management and when I complained about the actions that were being taken against me nothing was done. I took my concerns to managers in my department, the operations managers in my department, the operations managers in other departments, HR managers, HR operations managers, and eventually even the General Manager of the distribution center. I did this in compliance with the "open door" policy a Walmart policy that is supposed to handle employee complaints of retaliation or discrimination. The discriminatory / retaliatory actions taken against me ranging from intentionally placing me in backed up or overrun lane sets and refusing to send help so that they could have a reason to issue disciplinary actions, denying me the ability, training, or opportunity to move to another department, and isolating me from people that they felt would provide assistance. This continued harassment eventually led to an injury to my shoulder and when I informed them about the injury and that I was injured on the job, they ignored it and placed me in even an worse situation making the injury worse and even trying to write me up for a situation that was not even my fault. In the last incident that I had with one of my area managers I decided to leave to avoid allowing the situation to escalate any further informing him that I would be returning the next day to speak with HR. This is something that I had previously talked about with both the HR operations manager and the General Manager. When I called to schedule an appointment the next day, I was informed that I was terminated and the specified reason was that I quit. I informed the HR manager of the situation, and they said that there was nothing they could do. I then attempted to make an appointment with the HR operations and was unable to, so I then made an appointment with the General Manager when I talked to the general manager he acted as though we had never spoke on the subject and made no attempt to hear my side of the situation while supporting the managers that I had previously talked to him about. I then left and filed a complaint with the Walmart ethics department sending them the final conversation that I had with the general manager and later the conversation that I had with the HR ops manager and the General Manager showing that the situation had been previously discussed and that I let the general manager know that it had been happening for years and that I had talked to every other person I could in the chain of command about what had been going on. I even informed the investigator (Steve) that I could provide additional information if he needed it. requested copies of my information on my points and other records from my time at Walmart. On August 23, 2024, I was contacted by the investigator who informed me that they decided to uphold the termination saying that the reason that they decided to because

of a lack of respect for my manager (When the managers claimed that I quit). I appealed and they still chose to terminate me without trying to speak to me about any additional details of the case. I made multiple attempts to report the problems during my employment with Walmart and every time at every level my concerns were either ignored or improperly investigated by their staff.

## Prayer for Relief in Discrimination and Hostile Work Environment Lawsuit

I am writing to formally request relief in connection with my discrimination and hostile work environment lawsuit filed in the State of North Carolina. I allege that I have been subjected to unlawful discrimination and a hostile work environment by Walmart Inc, in violation of both state and federal law, including but not limited to Title VII of the Civil Rights Act of 1964, the North Carolina Equal Employment Practices Act, the North Carolina Wage and Hour Act, and the Americans with Disabilities Act (if applicable).

I assert that the actions and conduct of Walmart Inc. have created an ongoing and intolerable work environment, which I reasonably believe to be a form of discrimination based on (discriminatory basis—such as race, gender, age, disability, sexual orientation, etc.). This has resulted in severe emotional distress, harm to my career, and tangible financial losses.

**Prayer for Relief:**

Wherefore, I respectfully request that this Court grant the following relief:

In the amount of :

Declaratory Relief: A declaration that the actions of Walmart Inc. constitute unlawful discrimination and a hostile work environment under both federal and state law, specifically Title VII, the North Carolina Equal Employment Practices Act, and any other relevant statutes.

Injunctive Relief: An order requiring Walmart Inc. to cease and desist from further discriminatory actions and hostile conduct, and to implement and enforce policies, training, and procedures to prevent future occurrences of discrimination and harassment in the workplace.

Compensatory Damages: An award of appropriate compensatory damages for the emotional distress, reputational harm, mental anguish, physical harm, lost wages, lost

benefits, and any other financial losses directly resulting from the discriminatory and hostile actions perpetrated by Walmart Inc.

Punitive Damages: An award of punitive damages to punish Walmart inc for its egregious conduct and to deter similar misconduct by others.

Front Pay: If applicable, an award of front pay to compensate for the wages and benefits I would have earned had the discriminatory and hostile work environment not occurred.

Retaliation Protection: An order ensuring that no further retaliation will occur against me or others as a result of my participation in this lawsuit or as a result of reporting the unlawful discrimination and hostile work environment.

Attorney's Fees and Costs: An award of reasonable attorney's fees, costs, and any other expenses incurred in connection with the investigation, filing, and litigation of this matter.

Any Other Relief the Court Deems Just and Proper: Any other equitable relief that the Court may deem necessary and appropriate to ensure that justice is served and that I am made whole for the harm caused by Walmart inc's unlawful conduct.

I trust that the Court will consider these requests thoroughly and provide appropriate relief for the unlawful treatment I have endured. The conduct I have described is not only harmful to me but to the broader community, and it is essential that steps are taken to address this issue and prevent further harm to myself and others.

Thank you for your attention to this matter. Please feel free to contact me or my legal counsel for any additional information.

Sincerely,

Demetirus Ray Surratt

*[signature: Dem Ray Sur]*